IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER FORD, :
    Petitioner :
:
v. : CIVIL ACTION NO. 08-4497
:
DAVID VARANO, ET AL., :
    Respondents :

## ORDER

**AND NOW,** this 19th day of January, 2010, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation filed by United States Magistrate Judge Jacob P. Hart on November 25, 2009, and served on Petitioner by regular mail on November 27, 2009, and no objections to the Report and Recommendation having been filed, it is **ORDERED** as follows:

1.    The Report and Recommendation is **APPROVED AND ADOPTED**.

2.    The petition for writ of habeas corpus is **DENIED**.

3.    There is no bases for the issuance of a certificate of appealability.

BY THE COURT:

R. Barclay Surrick, J.